[No. 12693–1–II.   Division Two.   June 4, 1990.]

MICHELLE NEUBERT, *Appellant,* v. DANIEL QUAIL, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 82–3–05562–9, Waldo F. Stone, J., entered February 24, 1989. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Petrich, J.

[No. 12783–1–II.   Division Two.   June 4, 1990.]

*In the Matter of the Welfare of* C.L., ET AL.

Appeal from judgments of the Superior Court for Pierce County, Nos. 106063, 106062, Bruce Cohoe, J., entered March 17, 1989. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Worswick, J.

[No. 12436–0–II.   Division Two.   June 4, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. WAYNE FITZGERALD HARRIS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 88–1–02329–0, Bruce Cohoe, J., entered October 28, 1988. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Petrich, J.